# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ROBERT LEE-LAMAR REYNOLDS,
#244081,

    Petitioner,

v.

                              Case No. 18-cv-13237
                              Hon. Matthew F. Leitman

JOSEPH BARRETT,

    Respondent,
_____/

## ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE SUPPLEMENTAL RESPONSE TO RESPONDENT'S MOTION TO DISMISS (ECF No. 25)

      Petitioner Robert Lee-Lamar Reynolds is a state prisoner in the custody of the Michigan Department of Corrections. On October 16, 2018, Reynolds filed a *pro se* petition for a writ of habeas corpus in this Court pursuant to 28 U.S.C. § 2254. (*See* ECF No. 1.) Respondent moved to dismiss the petition as untimely filed. (*See* Mot. to Dismiss, ECF No. 15.)

      On March 31, 2020, the Court ordered Reynolds to file a supplemental response to Respondent's motion to dismiss by no later than June 12, 2020. (*See* Order, ECF No. 24.) Reynolds has now filed a motion requesting additional time to file that response. (*See* Mot., ECF No. 25.)

1

The Court has reviewed Reynolds' motion and concludes that a short extension of time is appropriate. Accordingly, Reynolds shall file his supplemental response to Respondent's motion to dismiss by no later than **July 15, 2020**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 27, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 27, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764