UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEE-LAMAR REYNOLDS,

    Petitioner,                                           Case No. 18-cv-13237
                                                         Hon. Matthew F. Leitman

v.

MELINDA BRAMAN,

    Respondent,

_____/

## **JUDGMENT**

The above entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Opinion and Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

                                                                             DAVID J. WEAVER
                                                                             CLERK OF THE COURT

                                                                             By:  s/Holly A. Monda
                                                                             Deputy Clerk

Approved:

s/Matthew F. Leitman                                  Dated:  November 4, 2020
Matthew F. Leitman                                   Flint, Michigan
United States District Court

1